DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH G. TOTTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3172

[July 2, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 97-12026CF10B.

Clayton R. Kaeiser of Clayton R. Kaeiser, P.A., Miami, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* *See Maye v. State,* 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted,* No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

KUNTZ, C.J., CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***